```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO

MEDICAL CARD SYSTEM, INC.,
et al.,
                                         Civil No. 08-2007 (JAF)
     Plaintiffs,

     v.

EQUIPOS PRO CONVALECENCIA, INC.,
et al.,

     Defendants.
```

**O R D E R**

A Temporary Restraining Order is entered, expiring on **September 15, 2008, at 5:00 P.M.**, as requested in the Verified Complaint for Declaratory and Injunctive Relief filed today.

Until expiration of the Temporary Restraining Order or further Order of this court, the Defendants will comply with the contractual provisions requiring them to continue supplying durable medical equipment to any of Plaintiffs' insured until the services are transitioned to a new supplier. Defendants, their agents, employees, and all persons acting on their behalf, are forbidden from discontinuing providing the mentioned durable medical equipment to Plaintiffs' insured, who are Medicare beneficiaries, while the temporary restraining order is in effect.

A Hearing where Defendants will show cause as to why a preliminary injunction should not be entered will be held on **September 10, 2008, at 9:30 A.M.** Plaintiffs are expected to serve

Civil No. 08-2007 (JAF)                                           -2-

summons, the complaint, and a copy of this Order upon Defendants **immediately, and not later than Tuesday, September 9, 2008, at 3:00 P.M.**

Plaintiffs are granted until **Wednesday, September 10, 2008**, to post a bond in the amount of $20,000.00.

**IT IS SO ORDERED.**

Entered in San Juan, Puerto Rico, today, September 5, 2008, at 5:00 P.M.

                                                      S/José Antonio Fusté  
                                                      JOSE ANTONIO FUSTE  
                                                    Chief U. S. District Judge