UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MEDICAL CARD SYSTEM, INC.,
et al.,

    Plaintiffs,

    v.

EQUIPOS PRO CONVALECENCIA, INC.,
et al.,

    Defendants.

Civil No. 08-2007 (JAF)

**O R D E R**

A Hearing for a Temporary Restraining Order was held today. At the court's suggestion, the parties stipulated extending the Restraining Order until **October 10, 2008.**

The Plaintiffs will express their position on the issue of jurisdiction **on or before September 15, 2008.** The parties will meet **on or before September 18, 2008**, and notify the court of any settlement possibilities. If settlement is not an option, the parties will inform the court that a hearing on a preliminary injunction is needed. Such hearing would be held on **September 29, 2008, at 9:00 A.M.**

Attorney Cruz will withdraw as to Codefendant Nutrition Care, Inc. Attorney Daniel López-Romo will make an appearance on behalf of said Defendant. Plaintiffs and Codefendant Nutrition Care, Inc. will review whether said Defendant is a proper party in this case **on or before September 18, 2008.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of September, 2008.

                                    S/José Antonio Fusté
                                    JOSE ANTONIO FUSTE
                                  Chief U. S. District Judge